SNYDER ET AL., APPELLANTS, *v.* LINDSAY ET AL., APPELLEES.

[Cite as *Snyder v. Lindsay,* 96 Ohio St.3d 32, 2002-Ohio-3319.]

(No. 2001–1050—Submitted June 5, 2002—Decided July 10, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed as to the award of interest, but reversed as to the remand for an evidentiary hearing. Interest is to be computed by the trial court from the date of settlement, consistent with our decision in *Hartmann v. Duffey,* 95 Ohio St.3d 456, 2002–Ohio-2486, 768 N.E.2d 1170.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting.

{¶ 2} For the reasons set forth in my dissenting opinion in *Hartmann v. Duffey,* 95 Ohio St.3d 456, 2002–Ohio-2486, 768 N.E.2d 1170, at ¶17–22. I respectfully dissent.

The Okey Law Firm, L.P.A., Steven P. Okey and Brian R. Wilson, for appellants.

Moscarino & Treu, L.L.P., Kevin M. Norchi, Edward S. Jerse and William H. Falin, for appellee Robert F. Lindsay, D.O.

Reminger & Reminger Co., L.P.A., Brian D. Sullivan and Martin T. Galvin, for appellee Dunlap Memorial Hospital.